■■■■ In the Matter of VIOLET REALTY, INC., Appellant, v CITY OF BUFFALO COMMON COUNCIL et al., Respondents. [847 NYS2d 499]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered January 10, 2007 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present— Scudder, P.J., Hurlbutt, Centra and Lunn, JJ.